UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-30152
Goldie Hillery  )
 )
 )  Chapter: 13
 )
 )  Honorable Jacqueline Cox
 )
Debtor(s)  )

## ORDER VACATING DISMISSIAL

THIS MATTER coming on the motion of Goldi L Hillery, due notice having been given and the Court being fully advised,

IT IS HEREBY ORDERED:
1. The order previously entered on January 11, 2019 is hereby vacated.

Enter:

*Jacqueline O. Cox*
J. Cox
United States Bankruptcy Judge

Dated: 2/11/19

**Prepared by:**
Robert J. Adams & Assoc.,
540 W. 35th St., Suite 100, Chicago, Illinois 60616

Rev: 20170105_bko